UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ILLA RODGERS, | § | |
| Plaintiff, | § | |
| v. | § | No. 3:15-CV-3128-B |
| DALLAS COUNTY SCHOOLS, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Summary Judgment [ECF No. 38] is **GRANTED**. Accordingly, Plaintiff's claims against Dallas County Schools shall be dismissed with prejudice.

**SO ORDERED** this 11th day of April, 2017.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE